| | |
|---|---|
| William G. Fig, WSBA 33943 | Honorable James L. Robart |
| wfig@sussmanshank.com | |
| SUSSMAN SHANK LLP | |
| 1000 SW Broadway, Suite 1400 | |
| Portland, OR  97205-3089 | |
| Telephone: (503) 227-1111 | |
| Facsimile: (503) 248-0130 | |
| Attorney for Plaintiff | |

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TEN BRIDGES, LLC, a Foreign Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> MIDAS MULLIGAN, LLC, a Washington Limited Liability Company; MADRONA LISA, LLC, a Washington Limited Liability Company; and DANIELLE GORE, an individual, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No. 2:19-cv-01237-JLR <br><br> ORDER GRANTING STIPULATED MOTION TO RESET TRIAL DATE AND CASE MANAGEMENT DATES <br><br> NOTED ON MOTION CALENDAR: August 28, 2020 |

THIS MATTER came on for consideration on the date last shown below before the Honorable James L. Robart upon the stipulated motion of the parties. The Court has considered the parties' motion, the Declaration of William G. Fig, and is fully advised in the premises. Now therefore, it is hereby

/ / /

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO RESET TRIAL DATE AND CASE MANAGEMENT DATES - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1  ///

2  ///

3  ORDERED that the current trial date of March 24, 2021 is reset to the end of the court's trial calendar in approximately January 2022, the unexpired case management deadlines will be reset to dates consistent with the new trial date, and the July 29, 2020 deadline regarding the filing of amended pleadings is reset to September 30, 2020.

Dated:  August 28, 2020

*[signature]*

JAMES L. ROBART
United States District Judge

Presented By:

SUSSMAN SHANK LLP

By *s/ William G. Fig*
   William G. Fig, WSBA 33943
   wfig@sussmanshank.com

[PROPOSED] ORDER GRANTING STIPULATED MOTION
TO RESET TRIAL DATE AND CASE MANAGEMENT
DATES - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

## CERTIFICATE OF SERVICE

THE UNDERSIGNED certifies:

1. My name is Joanna M. Bolstad. I am a citizen of Clackamas County, state of Oregon, over the age of eighteen (18) years and not a party to this action.

2. On August 28, 2020, I caused to be delivered via **the court's ecf system**, a copy of **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO RESET TRIAL DATE AND CASE MANAGEMENT DATES** to the interested parties of record, addressed as follows:

> Guy W. Beckett
> BERRY & BECKETT, PLLP
> 1708 Bellevue Ave.
> Seattle, WA 98122
> *gbeckett@beckettlaw.com*
>
> Attorneys for Defendants/Counterclaimants

I SWEAR UNDER PENALTY OF PERJURY that the foregoing is true and correct to the best of my knowledge, information, and belief.

*s/ Joanna M. Bolstad*
Joanna M. Bolstad, Legal Assistant

*24813-003\PROPOSED ORDER - MOTION RESET TRIAL DATE (03542809);1

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO RESET TRIAL DATE AND CASE MANAGEMENT DATES - Page 3

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130